THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CAPL H. WATSON, Appellant.— Judgment of conviction reversed upon the law, indictment dismissed and bail exonerated. We are of opinion that the appellant was not a public officer within the meaning of section 1868 of the Penal Law and that the indictment stated no crime against him. Appeal from order denying motion for a new trial dismissed. Young, Kapper, Carswell, Scudder and Tompkins, JJ., concur.

SARAY REALTY CORPORATION, Respondent, v. RHEA KAHN, Also Known as RHEA CAHN, and MORRIS GREENBERG, Appellants.— Appeal withdrawn upon stipulation of counsel. Present — Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ.

EMIL SAYEWITZ, Respondent, v. LEON BOCZEK and VIOLA BOCZEK, Appellants. — Order denying defendants' motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendants to serve an answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ANNA E. SMALLMAN, Respondent, v. JANE C. SMALLMAN, Individually and as Executrix, etc., of THOMAS F. SMALLMAN, Deceased and Others, Appellants, and HENRY J. JAUCH, Defendant.— Order denying motion of appealing defendants for a bill of particulars reversed upon the law and the facts, without costs, and matter remitted to the Special Term for the purpose of determining the extent of the relief to be granted on the motion for a bill of particulars. The fact that the motion included particulars to which the moving parties were clearly not entitled did not justify a denial of the motion in its entirety. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

SIDNEY F. STRONGIN, as Trustee in Bankruptcy of the NORTH BABYLON ESTATES, INC., Appellant, v. MURRAY SATELL, Respondent.— Order of the Appellate Term modifying judgment of the Municipal Court affirmed, with costs. No opinion. Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents and votes to reverse the order of the Appellate Term and to affirm the judgment of the Municipal Court on authority of Seibert v. Dunn (216 N. Y. 237).

SWIFT OIL CORPORATION, Appellant, v. MARINE OIL CORPORATION, Respondent. — Order in so far as it directs plaintiff to furnish a bill of particulars affirmed, with ten dollars costs and disbursements, the bill to be furnished within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

THE TRUSTEES OF THE HAMPTON NORMAL AND AGRICULTURAL INSTITUTE, Respondent, v. SPARAGO BUILDING CORPORATION and Others, Defendants, and BERNHARD GOETZ and JOSEPH GOETZ, Copartners Doing Business under the Firm Name and Style of B. GOETZ & BRO., Appellants.— Order extending receivership affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.